**Order entered October 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00646-CV

### IN THE INTEREST OF A.M.B. AND N.D.B., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-12105**

## ORDER

Before the Court is appellant's October 26, 2018 second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **December 5, 2018**. We caution appellant that further requests for extension will be disfavored.

/s/    ADA BROWN
          JUSTICE